### DAVILA v. STATE.
### No. 24361.

Court of Criminal Appeals of Texas.
April 27, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon an indictment charging the offense of assault with intent to murder, the appellant was convicted of an aggravated

assault. His punishment was assessed at confinement in the county jail for three months and a fine of $300.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.